UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:  Case No. 14-04336
Chapter 13

Paul Alan Lucas,

        Debtor.  Hon. Scott W. Dales
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Lana M. Escamilla hereby enters her appearance as attorney for Talmer West Bank, fka Michigan Commerce Bank, in the above matter, and pursuant to Bankruptcy Rule 2002, requests that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given to and served upon the following:

**Lana M. Escamilla
Talmer West Bank fka Michigan Commerce Bank
800 E. Milham Road
Portage, MI 49002
lana.escamilla@talmerwest.com**

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or any of the foregoing and any other document brought before this Court with respect to these proceedings.

    TALMER WEST BANK

Date: June 27, 2014    By: /S/ Lana M. Escamilla
    Lana M. Escamilla (P71275)
    800 E. Milham Road
    Portage, MI 49002
    269/488-5988
    lana.escamilla@talmerwest.com